**Fill in this information to identify the case:**

Debtor name: Energy Fishing & Rental Services, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 18, 2020     **X** /s/ Arthur L. Potter
                                       Signature of individual signing on behalf of debtor

                                       Arthur L. Potter
                                       Printed name

                                       Chairman and President
                                       Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Energy Fishing & Rental Services, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BDO USA LLP 32125 Solon Road Cleveland, OH 44139 | Tracy Gates tgates@bdo.com 440-394-6333 | Vendor | | | | $57,731.07 |
| Blue Cross & Blue Shield of Texas PO Box 650615 Dallas, TX 75262-0615 | 800-445-2227 | Benefits | | | | $78,282.47 |
| Caelum Search Group | Mark Greatrix mark@caelumsearch.com 705-241-1371 | Vendor | | | | $51,250.00 |
| Calvary Tool Company LLC 4301 S. County Rd. 1270 Midland, TX 79706 | Audra Wyatt audra@calvarytool.com 832-473-3544 | Vendor | | | | $256,309.50 |
| EFRS ST, LLC Martin Powers & Counsel, PLLC 600 E. John Carpenter Fwy, Suite 234 Irving, TX 75062 | Meagan Martin Powers meagan@martinpowers.com 214-612-6474 | | | | | $15,388,678.53 |
| Estate of Charles C. Forbes, Jr. 2522 McKinzie Rd. Corpus Christi, TX 78410 | | Unsecured Debt | | | | $602,933.41 |
| First Insurance Funding Corp. PO Box 7000 Carol Stream, IL 60197-7000 | 800-837-2511 | Insurance Financing Agreement | | | | $96,239.25 |

Debtor  Energy Fishing & Rental Services, Inc.           Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hammerhead Jar Services, LLC  PO Box 260790  Corpus Christi, TX 78426 | | Vendor | | | | $70,511.40 |
| John E. Crisp  PO Box 2210  George West, TX 78022 | | Unsecured debt | | | | $602,933.41 |
| Lexal, LLC  14016 East Hardy Rd.  Houston, TX 77039 | Crystal Savant  lexal@lexal.com  337-526-0160 | Vendor | | | | $39,570.15 |
| Markco Machine Works  6501 N. Golder Ave.  Odessa, TX 79764-2831 | Luiz Coy  lcoy@markcomachine.com  432-362-8921 | Vendor | | | | $41,340.00 |
| Owen Oil Tools LP  PO Box 842241  Dallas, TX 75284-2241 | Mike Foxx  mfoxx@arhelp.com  773-205-3188 x203 | Vendor | | | | $46,303.56 |
| Petroplex Properties, LLC  10497 Town & Country Way  Suite 930  Houston, TX 77024 | Chris de la Mora  cdelamora@petroplexproperties.com  800-392-3829 | Unsecured Debt | | | | $82,940.34 |
| RBS Tools, Inc.  PO Box 1253  Roosevelt, UT 84066-1253 | Gary Rohrer  435-725-6778 | Vendor | | | | $43,167.41 |
| Robert Whitley  PO Box 988  George West, TX 78022 | Robert "Brodie" Whitley  bwtlyefrs@aol.com  361-492-3565 | Contract employee | | | | $72,481.05 |
| Rubicon Oilfield International  10613 W. Sam Houston Pkwy. N.  Suite 600  Houston, TX 77064 | Karrie Mathews  karrie.mathews@rubicon-oilfield.com  832-386-2500 x401 | Vendor | | | | $121,980.35 |
| Six S Ventrues LLC  PO Box 5102  Hobbs, NM 88241 | Gary Schubert  garymschubert@gmail.com  575-631-0962 | Lessor | | | | $46,500.00 |
| Stabil Drill  PO Box 208638  Dallas, TX 75230-8638 | Hailey Buller  hailey.buller@stabildrill.com  337-735-2327 | Vendor | | | | $42,085.43 |

Debtor    Energy Fishing & Rental Services, Inc.            Case number *(if known)*
      *Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stuart Petroleum Testers, Inc. 10077 Grogans Mill Rd., Ste. 100 The Woodlands, TX 77380 | Jeff Achilles  jachilles@stuart-pc.com 832-534-4974 | Vendor | | | | $74,190.38 |
| Truist Bank 3333 Peachtree Road Atlanta, GA 30326 | Brian O'Fallon  brian.ofallon@trusit.com 404-926-5831 | Unsecured debt | | | | $1,817,000.00 |